UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH MCDANIELS, *et. al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID SHERMAN,<br><br>    Defendant. | C09-1296-JCC-MAT<br><br>**ORDER** |

The Court has reviewed the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 18). The Court has also reviewed Plaintiffs' objections to the report and recommendation. (Dkt. No. 18). The Court hereby finds and ORDERS:

(1) The Court ADOPTS the report and recommendation.

(2) The Court DENIES Plaintiffs' motion for a temporary restraining order.

(3) The Court STRIKES Plaintiffs' motion for a preliminary injunction as moot.

(4) The Clerk shall send copies of this order to Plaintiffs and to Judge Theiler.

DATED this 19th day of November, 2009.

*/s/ John C. Coughenour*
JOHN C. COUGHENOUR
United States District Judge