UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH McDANIELS, et al., | ) | CASE NO. C09-1296-JCC-MAT |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER ON PLAINTIFF'S MOTION |
| | ) | FOR RECORDING A DEPOSITION |
| DAVID SHERMAN, | ) | AND FOR SANCTIONS |
| | ) | |
| Defendant. | ) | |

Joseph McDaniels, one of three pro se plaintiffs in this matter, moves for an order permitting him to tape-record defendant David Sherman's deposition, and for sanctions against defendant for failure to appear on a particular date. (Dkt. 28.) Defendant responds that he has no opposition to a tape-recorded deposition at a mutually agreeable time and place and has stated this position several times. (Dkt. 29; Dkt. 29-2.) Having reviewed the papers, the Court STRIKES as moot Mr. McDaniels' motion for recording the deposition and DENIES Mr. McDaniels' motion for sanctions.

DATED this 13th day of January, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION FOR
RECORDING A DEPOSITION AND FOR SANCTIONS
PAGE -1