DISTRICT JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MARY ALICE THEILER

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSEPH McDANIELS, et al., Plaintiffs, v. DAVID SHERMAN, Defendant. | NO. C09-1296-JCC-MAT (~~PROPOSED~~) ORDER GRANTING MOTION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES |

Plaintiff McDaniels and Defendant, having filed a Motion to Continue Discovery and Dispositive Motion deadlines in this matter, and the Court being fully advised and having examined the records and files herein, does hereby find and ORDER:

1. Plaintiff McDaniels' and Defendant's Motion to Continue Discovery and Dispositive Motion deadlines is GRANTED;

2. Discovery deadline is now March 11, 2010;

3. Dispositive motion deadline is now April 12, 2010.

DATED this 8th day of February, 2010

s/ Mary Alice Theiler
United States Magistrate Judge

Presented By:

ROBERT M. MCKENNA
Attorney General

s/ Sara J. Olson
SARA J. OLSON, WSBA 33003
Assistant Attorney General