01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  JOSEPH McDANIELS, et al.,              )
                                           )   CASE NO. C09-1296-JCC-MAT
09          Plaintiffs,                     )
                                           )
10      v.                                  )   ORDER GRANTING DEFENDANT'S
                                           )   MOTION FOR AN EXTENSION OF
11  DAVID SHERMAN,                          )   TIME TO RESPOND TO PLAINTIFF
                                           )   McDANIELS'S MOTION FOR
12          Defendant.                      )   SUMMARY JUDGMENT
    _____ )

13

14          Having examined the relevant papers and the entire record, the Court hereby ORDERS:

15          1.      Defendant's motion for an extension of time to respond to plaintiff McDaniel's

16  motion for summary judgment (Dkt. 43) is GRANTED;

17          2.      The Clerk is directed to note plaintiff McDaniels's motion for summary

18  judgment (Dkt. 40) for consideration on June 25, 2010;

19          3.      Defendant shall file and serve his response to plaintiff McDaniels's motion for

20  summary judgment by June 18, 2010; and

21  / / /

22  / / /

ORDER GRANTING DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF
McDANIELS'S MOTION FOR SUMMARY JUDGMENT
PAGE -1

01          4.      The Clerk is directed to send copies of this Order to plaintiffs and to the

02    Honorable John C. Coughenour.

03          DATED this 23rd day of April, 2010.

04

05                                              _____
                                                Mary Alice Theiler
06                                              United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING DEFENDANT'S MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF
McDANIELS'S MOTION FOR SUMMARY JUDGMENT
PAGE -2